```
JOHN R. CONGER, Esq./SB# 168114
BILL J. KUENZINGER, Esq./SB#159168
BROWN, HALL, SHORE & McKINLEY
3031 West March Lane, Suite 230 W
Stockton, CA 95219-6500
jconger@bhscmk.com
bkuenzinger@bhsmck.com
Telephone: (209) 477-8171
Facsimile: (209) 477-2549

Attorneys for Plaintiff
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BILL A. DUFFY, INC. a California corporation dba BDA SPORTS MANAGEMENT,<br><br>            Plaintiff,<br><br>vs.<br><br>MERLE SCOTT, an individual,<br><br>            Defendant. | Case No. CV 08 0878<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>TRIAL DATE: NONE SET |

  Pursuant to Civil Local Rules, Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations, (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

  1. BILL A. DUFFY, INC. a California corporation.

  2. BDA Sports Management.

{00059947.}

- 1 -

1      2.    William A. Duffy and Jamese C. Duffy as Trustees of the
2  Duffy Family Revocable Trust dated November 5, 2000.

3  Dated: February 6, 2008            BROWN, HALL, SHORE & McKINLEY

                                            JOHN R. CONGER
                                            Attorneys for Plaintiff

{00059947.}

- 2 -

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS