# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

BILL A. DUFFY, INC. a California corpriation dba
BDA SPORTS MANAGEMENT,

v.

MERLE SCOTT, an individual,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08  EDL  0878

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

FEB 8 2008
DATE

HELEN L. ALMACEN

_____
(BY) DEPUTY CLERK