SQUIRE, SANDERS & DEMPSEY L.L.P.
Michelle M. Full (State Bar # 240973)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: mfull@ssd.com

Attorneys for Defendant
MERLE SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation d/b/a BDA SPORTS MANAGEMENT,<br><br>          Plaintiff,<br><br>     vs.<br><br>MERLE SCOTT,<br><br>          Defendant. | Case No. 3:08-cv-00878-EDL<br><br>**[E-Filing]**<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

IT IS HEREBY STIPULATED, by the undersigned parties in accordance with Local Rule 6-1, that the time for Defendant Merle Scott to answer or otherwise respond to the complaint filed in the above-captioned action is extended to March 31, 2008.

IT IS FURTHER STIPULATED, by and between the undersigned parties, that signatures transmitted electronically or by facsimile shall be deemed original.

**CONSENTED AND AGREED TO BY:**

Dated: March 11, 2008

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
Michelle M. Full

*Attorneys for Defendant*
MERLE SCOTT

Robert C.L. Vaughan, Esq.
Mia A. Burroughs, Esq.
SQUIRE, SANDERS AND DEMPSEY L.L.P.
200 South Biscayne Blvd., Suite 4000
Miami, Florida 33131
rvaughan@ssd.com
mburroughs@ssd.com
Telephone:   (209) 477-8171
Facsimile:   (209) 477-2549
*Not yet admitted Pro Hac Vice in the Northern District of California*

Dated: March 11, 2008

BROWN, HALL, SHORE & MCKINLEY

By: _____

John R. Conger, Esq. (State Bar # 168114)
Bill J. Kuenzinger, Esq. (State Bar # 159168)
3031 West March Lane, Suite 230 W
Stockton, CA 95219-6500
jconger@bhsmck.com
bkuenzinger@bhsmck.com
Telephone:  (209) 477-8171
Facsimile:  (209) 477-2549

*Attorneys for Plaintiff*