# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FILED

08 MAR 13 PH 1:05

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

BILL A. DUFFY, INC. a California corpriation dba
BDA SPORTS MANAGEMENT,

V.

MERLE SCOTT, an individual,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08    0878    EDL

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

HELEN L. ALMACEN
(BY) DEPUTY CLERK

DATE  FEB  8 2008

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint and documents listed below was made by me [1] || DATE February 14, 2008 |
| Name of SERVER RHONDA JONES || TITLE Legal Assistant |
| *Check one box below to indicate appropriate method of service* |||
| ☐ | Served Personally upon the Defendant. Place where served: ||
| ☐ | Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: ||
| ☐ | Returned unexecuted: | *ECF Registration Information Handout; Notice of Assignment of Case to a U.S. Magistrate Judge for Trial; Certification of Interested Entities or Persons; and Order Setting Initial CMC and ADR Deadlines. |
| ☒ | Other *(specify):* U.S. mail, certified, return receipt requested to defendant, Merle Scott, 133 Grand Avenue, Coconut Grove, FL 33133 (See attached) ||

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     March 10, 2008
                        *Date*

*Signature of Server*  Rhonda Jones

3031 W. March Lane, #230 West
Stockton, CA 95219-6500
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  C. Date of Delivery<br>ARLEUS BERNA |
| 1. Article Addressed to:<br>Merle Scott<br>133 Grand Ave<br>Coconut Grove,<br>FL 33133 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0002 8497 4761 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540