1  Mia A. Burroughs
   FBN: 0672270
2  Squire, Sanders & Dempsey L.L.P.
   200 S. Biscayne Boulevard
3  Suite 4000
   Miami, FL 33131-2398
4  Telephone: +1.305.577.4715
   Facsimile: +1.305.577.7001
5  Email:    MBurroughs@ssd.com

6  Attorneys for Defendant

7

8

9              UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT

11

| 12 | BILL A. DUFFY, INC., a California corporation, d/b/a BDA SPORTS MANAGEMENT, | Case No. 3:08-cv-00878-EDL |
|----|---|---|
| 13 |  | **APPLICATION FOR ADMISSION OF ATTOARNEY** *PRO HAC VICE* |
| 14 | Plaintiff, |  |
| 15 | vs. |  |
| 16 | MERLE SCOTT, an individual, |  |
| 17 | Defendant. |  |

18

19      Pursuant to Civil L.R. 11-3, Mia A. Burroughs, an active member in good standing of the
20 bar of the State of Florida and the United States District Court, Northern, Southern and Middle
21 Districts, hereby applies for admission to practice in the Northern District of California on a *pro*
22 *hac vice* basis representing Defendant, Merle Scott, in the above-entitled action.
23      In support of this application, I certify on oath that:
24      1.      I am an active member in good standing of United States Court or of the highest
25 court of another State or the District of Columbia, as indicated above;
26      2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local
27 rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
28 with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in Good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michelle M. Full, Esq.
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Ph:	(415) 954-0200
Fax:	(415) 393-9887

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13th, 2008

Squire, Sanders & Dempsey L.L.P.
200 S. Biscayne Boulevard
Suite 4000
Miami, FL  33131-2398
Ph:	(305) 577-7078
Fax:	(305) 577-7001

By: _____
Mia A. Burroughs
FBN: 0672270

*Attorneys for Defendant*

MIAMI/4216982.1