UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation, d/b/a BDA SPORTS MANAGEMENT,<br><br>    Plaintiff,<br><br>vs.<br><br>MERLE SCOTT, an individual,<br><br>    Defendant. | Case No. 3:08-cv-00878-EDL<br><br>**(Proposed)**<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTOARNEY** *PRO HAC VICE* |

Mia A. Burroughs, an active member in good standing of the bar of the State of Florida and the United States District Court, Northern, Southern and Middle Districts, whose business address and telephone number is:

    Squire, Sanders and Dempsey L.L.P.
    200 S. Biscayne Boulevard
    Suite 4000
    Miami, FL 33131-2398
    Ph:   (305) 577-4715
    Fax:  (305) 577-7001

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Defendant, Merle Scott.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge