1 | Robert C. L. Vaughan
2 | FBN: 0130095
2 | Squire, Sanders & Dempsey L.L.P.
  | 200 S. Biscayne Boulevard
3 | Suite 4000
  | Miami, FL 33131-2398
4 | Telephone: +1.305.577.7078
  | Facsimile: +1.305.577.7001
5 | Email: RVaughan@ssd.com

6 | Attorneys for Defendant

FILED
08 MAR 14 PM 2: 11

9       UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT

12 | BILL A. DUFFY, INC., a California      Case No. 3:08-cv-00878-EDL
   | corporation, d/b/a BDA SPORTS
13 | MANAGEMENT,                            **APPLICATION FOR**
   |                                        **ADMISSION OF ATTOARNEY**
14 |             Plaintiff,                 ***PRO HAC VICE***

15 |      vs.

16 | MERLE SCOTT, an individual,

17 |             Defendant.

19       Pursuant to Civil L.R. 11-3, Robert C. L. Vaughan, an active member in good standing of
20 the bar of the State of Florida and the United States District Court, Northern, Southern and
21 Middle Districts, hereby applies for admission to practice in the Northern District of California on
22 a *pro hac vice* basis representing Defendant, Merle Scott, in the above-entitled action.
23       In support of this application, I certify on oath that:
24       1.     I am an active member in good standing of United States Court or of the highest
25 court of another State or the District of Columbia, as indicated above;
26       2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local
27 rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
28 with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in Good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Michelle M. Full, Esq.
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Ph:   (415) 954-0200
Fax:  (415) 393-9887

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12th, 2008

Squire, Sanders & Dempsey L.L.P.
200 S. Biscayne Boulevard
Suite 4000
Miami, FL 33131-2398
Ph:   (305) 577-7078
Fax:  (305) 577-7001

By: _____
Robert C. L. Vaughan
FBN: 0130995

*Attorneys for Defendant*

MIAMI/4216982.1

SQUIRE, SANDERS &
DEMPSEY L.L.P.
200 S. Biscayne Boulevard
Suite 4000
Miami, FL 33131-2398