UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation, d/b/a BDA SPORTS MANAGEMENT,<br><br>Plaintiff,<br><br>vs.<br><br>MERLE SCOTT, an individual,<br><br>Defendant. | Case No. 3:08-cv-00878-EDL<br><br>**(Proposed)**<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTOARNEY** *PRO HAC VICE* |

FILED
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mia A. Burroughs, an active member in good standing of the bar of the State of Florida and the United States District Court, Northern, Southern and Middle Districts, whose business address and telephone number is:

> Squire, Sanders and Dempsey L.L.P.
> 200 S. Biscayne Boulevard
> Suite 4000
> Miami, FL 33131-2398
> Ph:   (305) 577-4715
> Fax:  (305) 577-7001

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Defendant, Merle Scott.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Mar 17 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge