1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

BILL A. DUFFY, INC., a California
corporation, d/b/a BDA SPORTS
MANAGEMENT,

　　　　　　　Plaintiff,

vs.

MERLE SCOTT, an individual,

　　　　　　　Defendant.

Case No.  3:08-cv-00878-EDL

(Proposed)

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

FILED

MAR 1 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert C. L. Vaughan, an active member in good standing of the bar of the State of

Florida and the United States District Court , Northern, Southern and Middle Districts, whose

business address and telephone number is:

Squire, Sanders and Dempsey L.L.P.
200 S. Biscayne Boulevard
Suite 4000
Miami, FL  33131-2398
Ph:     (305) 577-7078
Fax:    (305) 577-7001

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing the Defendant, Merle Scott.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac

vice.*  Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party.  All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:_____

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge