1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Michelle M. Full (State Bar # 240973)
2  One Maritime Plaza, Suite 300
   San Francisco, CA 94111-3492
3  Telephone: +1.415.954.0200
   Facsimile: +1.415.393.9887
4  Email: mfull@ssd.com

5  Attorneys for Defendant
   MERLE SCOTT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation d/b/a BDA SPORTS MANAGEMENT,<br><br>Plaintiff,<br><br>vs.<br><br>MERLE SCOTT,<br><br>Defendant. | Case No. 3:08-cv-00878-EDL<br><br>**[E-Filing]**<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

STIPULATION

1
2        IT IS HEREBY STIPULATED, by the undersigned parties in accordance with Local Rule
3    6-1, that the time for Defendant Merle Scott to answer or otherwise respond to the complaint filed
     in the above-captioned action is extended to April 10, 2008.
4
         IT IS FURTHER STIPULATED, by and between the undersigned parties, that signatures
5
     transmitted electronically or by facsimile shall be deemed original.
6
7    **CONSENTED AND AGREED TO BY:**

Dated: March 28, 2008                                    SQUIRE, SANDERS & DEMPSEY L.L.P.


                                                         By: _Michelle M. Full_ /s/
                                                                  Michelle M. Full

                                                         *Attorneys for Defendant*
                                                         MERLE SCOTT

                                                         Robert C.L. Vaughan, Esq.
                                                         Mia A. Burroughs, Esq.
                                                         SQUIRE, SANDERS AND DEMPSEY L.L.P.
                                                         200 South Biscayne Blvd., Suite 4000
                                                         Miami, Florida 33131
                                                         rvaughan@ssd.com
                                                         mburroughs@ssd.com
                                                         Telephone:   (209) 477-8171
                                                         Facsimile:   (209) 477-2549
                                                         *Admitted Pro Hac Vice in the Northern District*
                                                         *of California*

Dated: March 28, 2008                                    BROWN, HALL, SHORE & MCKINLEY


                                                         By: _____

                                                         John R. Conger, Esq. (State Bar # 168114)
                                                         Bill J. Kuenzinger, Esq. (State Bar # 159168)
                                                         3031 West March Lane, Suite 230 W
                                                         Stockton, CA 95219-6500
                                                         jconger@bhsmck.com
                                                         bkuenzinger@bhsmck.com
                                                         Telephone:   (209) 477-8171
                                                         Facsimile:   (209) 477-2549

                                                         *Attorneys for Plaintiff*