UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL A. DUFFY, INC., d/b/a
BDA SPORTS MANAGEMENT,

    Plaintiff,

v.

MERLE SCOTT,

    Defendant.

No. C 08-00878 EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 4/14/08

Signature

Counsel for Bill A. Duffy
(Name or party or indicate "pro se")

2