1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation d/b/a BDA Sports Management, | No. C 3:08-cv-00878-EDL |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. MERLE SCOTT | |
| Defendant(s). / | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 22, 2008

_____
Signature

Counsel for  Defendant MERLE SCOTT
(Plaintiff, Defendant or indicate "pro se")