UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BILL A. DUFFY, INC., etc

                    Plaintiff(s),

     v.

MERLE SCOTT, etc

                    Defendant(s)

CASE NO. CV 08 0878-EDL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 13, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| John R. Conger<br>BROWN, HALL, SHORE & McKINLEY LLP | Plaintiff, BILL A. DUFFY, INC | 209/477-8171 | jconger@bhsmck.com |
| Mia A. Burroughs<br>SQUIRE, SANDERS & DEMPSEY LLP | Defendant, MERLE SCOTT | 305/577-4715 | mburroughs@ssd.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: April 23, 2008

                                          Attorney for Plaintiff

Dated: _____

                                          Attorney for Defendant

Rev 1.05