UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BILL A DUFFY, INC, etc

                           CASE NO. CV 08 0878-EDL

            Plaintiff(s),

     v.                               NOTICE OF NEED FOR ADR PHONE
                                           CONFERENCE

MERLE SCOTT, etc

            Defendant(s)
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 13, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| John R. Conger<br>BROWN, HALL, SHORE & McKINLEY LLP | Plaintiff, BILL A. DUFFY, INC | 209/477-8171 | jconger@bhsmck.com |
| Mia A. Burroughs<br>SQUIRE, SANDERS & DEMPSEY LLP | Defendant, MERLE SCOTT | 305/577-4715 | mburroughs@ssd.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: April 23, 2008

                                                           Attorney for Plaintiff

Dated: 4/24/08

                                                           Attorney for Defendant

Rev 1 05