1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Michelle M. Full (State Bar # 240973)
2  One Maritime Plaza, Suite 300
   San Francisco, CA  94111-3492
3  Telephone:  +1.415.954.0200
   Facsimile:  +1.415.393.9887
4  mfull@ssd.com

5  Robert C.L. Vaughan, Esq. (Admitted Pro Hac Vice)
   Mia A. Burroughs, Esq. (Admitted Pro Hac Vice)
6  200 South Biscayne Blvd., Suite 4000
   Miami, Florida 33131
7  Telephone:    (305) 577-7000
   Facsimile:    (305) 577-7001
8  rvaughan@ssd.com
   mburroughs@ssd.com

10 Attorneys for Defendant
   MERLE SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation d/b/a BDA SPORTS MANAGEMENT,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MERLE SCOTT,<br><br>　　　　　　Defendant. | Case No.  3:08-cv-00878-EDL<br><br>**[E-FILING]**<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT MOTION TO DISMISS**<br><br>Date:　　May 20, 2008<br>Time:　　9:00 a.m.<br>Courtroom: E (15th Floor)<br>Magistrate Judge Elizabeth D. Laporte |

1  Defendant Merle Scott, by and through its counsel of record, Michelle Full, Mia
2  Burroughs and Robert Vaughan of Squire, Sanders & Dempsey LLP, requests to appear by
3  telephone at the Motion to Dismiss currently set for May 20, 2008 at 9:00 a.m., in Courtroom E,
4  15th Floor, of this Court. The telephone numbers at which the Court may reach counsel for this
5  telephonic appearance is, Michelle M. Full, (415) 954-0366, Mia Burroughs at (305) 577-4715
6  and Robert C. Vaughan at (305) 577-7078.

8  Dated: March 11, 2008                         SQUIRE, SANDERS & DEMPSEY L.L.P.

10                                               By:           /s/
                                                         Michelle M. Full

12                                               *Attorneys for Defendant*
                                                 MERLE SCOTT