**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BILL A DUFFY,

    Plaintiff,                          No. 08-00878 EDL

  v.                                      **ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

MERLE SCOTT,

    Defendants.

    On April 25, 2008, Defendants' counsel filed a request to appear telephonically at the hearing on Defendants' motion to dismiss set for May 20, 2008 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED.

Dated: April 28, 2008

                                                  _____
                                                  ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge