JOHN R. CONGER, Esq./SB# 168114
BILL J. KUENZINGER, Esq./SB#159168
BROWN, HALL, SHORE & McKINLEY
3031 West March Lane, Suite 230 West
Stockton, CA 95219-6500
Telephone: (209) 477-8171
Facsimile: (209) 477-2549
Email: jconger@bhsmck.com

Attorneys for Plaintiff, BILL A. DUFFY, INC.,
a California corporation dba BDA SPORTS MANAGEMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BILL A. DUFFY, INC. a California corporation dba BDA SPORTS MANAGEMENT,<br><br>Plaintiff,<br><br>vs.<br><br>MERLE SCOTT, an individual,<br><br>Defendant. | Case No. **3:08-cv-00878-EDL**<br><br>**DECLARATION OF JOHN R. CONGER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>Date:  **May 20, 2008**<br>Time:  **1:15 p.m.**<br>Place: **Courtroom E** |

I, John R. Conger, hereby declare as follows:

1.   I am an attorney at law duly licensed to practice in the State of California and am one of the attorneys of record for plaintiff, Bill A. Duffy., a California corporation dba BDA Sports Management. I have sufficient personal knowledge of the facts stated herein and if called as a witness I could and would competently testify thereto, except as to those matters stated on information and belief, which I believe to be true.

2.   On April 17, 2008, I transmitted a copy of the contract between BDA and defendant, Merle Scott, bearing Mr. Scott's signature to defendant's counsel. The document also bore Mr. Scott's fax line information indicating that it had been faxed from his fax machine.

3. It was decided to plead the material term of the subject agreement as opposed to attaching a copy of the actual document to the complaint due to the confidential nature of the information contained therein and the heightened level of interest the public might take in this dispute.

4. The parties have stipulated that the subject agreement is confidential and that they will take all steps necessary to submit the contract under seal if and when it becomes necessary to provide the document to the court.

5. With regard to United Sports & Entertainment Group, I have researched its present status. It is not a Florida entity as confirmed by the Florida Secretary of State's Office and defendant's counsel.

6. After significant time and effort, it has been determined that United was formed in 2002 in Maryland. According to the Maryland Department of Corporation's website, that entity's status is "forfeited". A Certificate of Forfeiture has been ordered from Maryland and will be provided to the court as necessary when received.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 29th day of April 2008 at Stockton, California.

_____
JOHN R. CONGER