**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL A. DUFFY,

       Plaintiff,

       v.

MERLE SCOTT,

       Defendant.
_____/

No. 08-00878 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference currently scheduled for May 13, 2008 at 10:00 a.m. has been continued to May 20, 2008 at 9:00 a.m. before Magistrate Judge Laporte, to be held concurrently with Defendant's Motion to Dismiss. A joint case management statement shall be filed no later than May 13, 2008.

Dated: May 1, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
      Lili M. Harrell
      Courtroom Deputy