UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**                                       **Date:** May 20, 2008
**UNITED STATES MAGISTRATE JUDGE**

Case No:    C-08-00878  EDL

Title:      BILL A DUFFY v. MERLE SCOTT

Attorneys:  Plaintiff:   John Conger
            Defendant: Robert Vaughn, Michelle Full, Mia Burroughs (phone)

**Deputy Clerk:** Lili M. Harrell        **Court Reporter:** Margo Gurule
                                         (Time: 9:19am - 9:45am)

**PROCEEDINGS:**                                           **RULINGS:**

Defendant's Motion to Dismiss                              Denied without prejudice


**ORDERED AFTER HEARING:**  Matter is referred to the Court's ADR Program for mediation to occur within 3 months.

**PRETRIAL SCHEDULE:**
Last day to add new parties: 7/21/08
Discovery cutoff: 11/17/08
Initial expert disclosure deadline: 9/8/08
Rebuttal expert disclosure deadline: 9/22/08
Expert discovery cutoff: 10/6/08
Dispositive Motion filing deadline: 12/2/08
Dispositive Motions hearing date: 1/6/09 at 9:00am
Pretrial Conference: 3/17/09 at 2:00pm
Trial: 3/30/09 at 8:30 a.m., set for 5 days.
        [ ] Jury  [ ]  Court **to be determined

**Case Continued to:**  9/23/08 at 3:00pm for further case management conference.

Notes:

cc: ADR