1  JOHN R. CONGER, Esq - SB#168114
   BILL J. KUENZINGER, Esq. - SB#159168
2  BROWN, HALL, SHORE & McKINLEY, LLP
   3031 West March Lane, Suite 230 West
3  Stockton, CA 95219-6500
4  Telephone: (209) 477-8171
   Facsimile: (209) 477-2549
5
   Attorneys for Plaintiff, BILL A. DUFFY, INC.,
6  a California corporation, dba BDA SPORTS
7  MANAGEMENT

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  BILL A. DUFFY, INC. a California          Case No  **3:08-CV-00878-EDL**
    corporation dba BDA SPORTS
13  MANAGEMENT,                               **EX PARTE MOTION TO LODGE**
                                              **DOCUMENT UNDER SEAL**
14                          Plaintiff,        [Civ. L.R. 7-10, 79-5]
15
    vs.                                       **TRIAL DATE:  NONE SET**
16
    MERLE SCOTT, an individual,
17
                            Defendant.
18

19      Comes now plaintiff, BILL A. DUFFY, INC., a California corporation, dba BDA SPORTS

20  MANAGEMENT, and moves EX PARTE pursuant to Civil Local Rule 7-10 that the contract at issue

21  between the parties effective April 1, 2004, be lodged under seal  This motion is made EX PARTE

22  pursuant to Civil Local Rule 79-5

23

24          **GOOD CAUSE EXISTS FOR SEALING THE SUBJECT CONTRACT**

25      "Every court has supervisory power over its own records and files." (*Nixon v. Warner*

26  *Communications* (1978) 435 U.S. 589.)  To that end, trial courts have the inherent power to seal

27  documents. (*U.S. v. Mann* (9th Cir. 1987) 829 F.2d 849, 853.)

28

{00062965 }                              1

**3:08-CV-00878-EDL**              EX PARTE MOTION TO LODGE DOCUMENT UNDER SEAL

1    The contract in question contains confidential financial information pertaining to the structure

2  of the working relationship between plaintiff and defendant.  Furthermore, plaintiff is a prominent

3  sports agent which will give rise to a heightened interest in this case and the terms of this agreement by

4  not only the public but also competitors.

5
    Further, this request could not be more narrowly tailored.  It seeks to seal a single document
6
  which is not available to the general public and would never be made available to the general public.
7
8    On this basis, it is respectfully requested that the subject contract be sealed pursuant to Local

9  Civil Rule 79-5.

10  DATED: May 23, 2008                          Respectfully submitted,

11                                                BROWN, HALL, SHORE & McKINLEY

12                                                /s/ John R. Conger

13

14                                                _____

15                                                JOHN R. CONGER
                                                  3031 W. March Ln., Ste. 230W
                                                  Stockton, CA 95219
16                                                Phone: (209) 477-8171
                                                  Fax: (209) 477-2549
17                                                email: jconger@bhsmck.com
                                                  Attorneys for Plaintiff
18

19

20

21

22

23

24

25

26

27

28

{00062965 }                                      2

## DECLARATION OF JOHN R. CONGER IN SUPPORT
## OF EX PARTE MOTION TO LODGE DOCUMENT UNDER SEAL

I, John R. Conger, declare as follows:

1.      I am an attorney duly authorized to practice law before all courts of the State of California and the District Court for the Northern District of California.

2.      I am a partner in the firm of Brown, Hall, Shore & McKinley, the attorneys of record herein for plaintiff, BILL A. DUFFY, INC., a California corporation, dba BDA SPORTS MANAGEMENT.

3.      The contract in question contains confidential financial information pertaining to the structure of the prior working relationship between plaintiff and defendant. Furthermore, plaintiff is a prominent sports agent which will give rise to a heightened interest in this case and the terms of this agreement by not only the public but also competitors.

4.      The contract sought to be filed under seal is filed concurrently herewith entitled "DOCUMENT LODGED UNDER SEAL – NOT TO APPEAR ON THE PUBLIC DOCKET."

5.      If called upon to testify to the above, I could and would testify of my own personal knowledge, except as to those matters based on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2008 at Stockton, California.

/s/ John R. Conger

_____

JOHN R. CONGER