JOHN R. CONGER, Esq. - SB# 168114
BILL J. KUENZINGER, Esq. - SB#159168
BROWN, HALL, SHORE & McKINLEY
3031 West March Lane, Suite 230 West
Stockton, CA 95219-6500
Telephone: (209) 477-8171
Facsimile: (209) 477-2549

Attorneys for Plaintiff, BILL A. DUFFY, INC.,
a California corporation, dba BDA SPORTS
MANAGEMENT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BILL A. DUFFY, INC. a California corporation dba BDA SPORTS MANAGEMENT,<br><br>Plaintiff,<br><br>vs.<br><br>MERLE SCOTT, an individual,<br><br>Defendant. | Case No. 3:08-CV-00878-EDL<br><br>[PROPOSED] ORDER GRANTING<br><br>EX PARTE MOTION TO LODGE DOCUMENT UNDER SEAL<br>[Civ. L.R. 7-10, 79-5]<br><br>TRIAL DATE: NONE SET |

On proof made to the satisfaction of the Court, on plaintiff BILL A. DUFFY, INC., a California corporation, dba BDA SPORTS MANAGEMENT's EX PARTE APPLICATION TO FILE DOCUMENT UNDER SEAL, and good cause appearing therefor:

IT IS ORDERED that pursuant to Civil Local Rule 79-5 the contract between plaintiff and defendant effective April 1, 2004, shall be sealed. It shall be lodged with the court containing the notation "DOCUMENT LODGED UNDER SEAL, NOT TO APPEAR ON THE PUBLIC DOCKET."

*Elizabeth D. Laporte*
JUDGE OF THE UNITED STATES
DISTRICT COURT

May 23, 2008

{00062977}

1

CV 08 0878-EDL                                              [PROPOSED] ORDER GRANTING EX PARTE MOTION
                                                                          TO LODGE DOCUMENT UNDER SEAL