# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Bill A. Duffy, Inc., <br>       Plaintiff(s), <br>    v. <br> Scott, <br>       Defendant(s). | 08-00878 EDL MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Michael A. Duncheon**
Hanson Bridgett Marcus Vlahos & Rudy
425 Market St., 26th Fl.
San Francisco, CA 94105
(415) 777-3200

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Mediator**
08-00878 EDL MED                 - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: June 9, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
08-00878 EDL MED                    - 2 -