SQUIRE, SANDERS & DEMPSEY L.L.P.
Michelle M. Full (State Bar # 240973)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: mfull@ssd.com

Robert C.L. Vaughan, Esq. (Admitted Pro Hac Vice)
Mia B. Fraser, Esq. (Admitted Pro Hac Vice)
200 South Biscayne Blvd., Suite 4000
Miami, Florida 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
rvaughan@ssd.com
mburroughs@ssd.com

*Attorneys for Defendant*
MERLE SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation d/b/a BDA SPORTS MANAGEMENT,<br><br>Plaintiff,<br><br>vs.<br><br>MERLE SCOTT,<br><br>Defendant. | Case No. 3:08-cv-00878-EDL<br><br>[E-Filing]<br><br>**STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT** |

STIPULATION

| | |
|---|---|
| 1  Dated: June 9, 2008 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| 2 | |
| 3 | By: _____ |
| | Mia B. Fraser, Esq. |
| 4 | |
| 5 | *Attorneys for Defendant* |
| | MERLE SCOTT |
| 6 | Robert C.L. Vaughan, Esq. |
| | Mia B. Fraser, Esq. |
| 7 | SQUIRE, SANDERS AND DEMPSEY L.L.P. |
| | 200 South Biscayne Blvd., Suite 4000 |
| 8 | Miami, Florida 33131 |
| | rvaughan@ssd.com |
| 9 | mburroughs@ssd.com |
| | Telephone:   (209) 477-8171 |
| 10 | Facsimile:   (209) 477-2549 |
| | *Admitted Pro Hac Vice in the Northern District* |
| 11 | *of California* |
| 12  Dated: June 9, 2008 | BROWN, HALL, SHORE & MCKINLEY |
| 13 | |
| 14 | By: _____ |
| 15 | John R. Conger, Esq. (State Bar # 168114) |
| | Bill J. Kuenzinger, Esq. (State Bar # 159168) |
| 16 | 3031 West March Lane, Suite 230 W |
| | Stockton, CA 95219-6500 |
| 17 | jconger@bhsmck.com |
| | bkuenzinger@bhsmck.com |
| 18 | Telephone:  (209) 477-8171 |
| | Facsimile:   (209) 477-2549 |
| 19 | |
| 20 | *Attorneys for Plaintiff* |

MIAMI/4222749.1

1
2
3
4   IT IS HEREBY STIPULATED, by the undersigned parties in accordance with Local Rule
5   6-1, that the time for Defendant Merle Scott to answer the complaint filed in the above-captioned
6   action is extended to June 16, 2008.
7   IT IS FURTHER STIPULATED, by and between the undersigned parties, that signatures
8   transmitted electronically or by facsimile shall be deemed original.
9   **CONSENTED AND AGREED TO BY:**
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-
3492

STIPULATION                                    - 2 -