SQUIRE, SANDERS & DEMPSEY L.L.P.
Michelle M. Full (State Bar # 240973)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:  +1.415 954 0200
Facsimile:   +1.415.393 9887
Email:        mfull@ssd.com

Robert C.L. Vaughan, Esq. (Admitted Pro Hac Vice)
Mia B. Fraser, Esq (Admitted Pro Hac Vice)
200 South Biscayne Blvd., Suite 4000
Miami, Florida 33131
Telephone:   (305) 577-7000
Facsimile:    (305) 577-7001
rvaughan@ssd.com
mburroughs@ssd.com

*Attorneys for Defendant*
MERLE SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation d/b/a BDA SPORTS MANAGEMENT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MERLE SCOTT,<br><br>　　　　　Defendant. | Case No. 3:08-cv-00878-EDL<br><br>[E-Filing]<br><br>**STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT** |

STIPULATION

IT IS HEREBY STIPULATED, by the undersigned parties in accordance with Local Rule 6-1, that the time for Defendant Merle Scott to answer the complaint filed in the above-captioned action is extended to June 30, 2008.

IT IS FURTHER STIPULATED, by and between the undersigned parties, that signatures transmitted electronically or by facsimile shall be deemed original

**CONSENTED AND AGREED TO BY:**

Dated: June 16, 2008

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: *[signature]*
Mia B. Fraser, Esq.

*Attorneys for Defendant*
MERLE SCOTT

Robert C L. Vaughan, Esq
Mia B. Fraser, Esq.
SQUIRE, SANDERS AND DEMPSEY L L.P.
200 South Biscayne Blvd., Suite 4000
Miami, Florida 33131
rvaughan@ssd.com
mburroughs@ssd.com
Telephone: (209) 477-8171
Facsimile: (209) 477-2549
*Admitted Pro Hac Vice in the Northern District of California*

Dated: June 16, 2008

BROWN, HALL, SHORE & MCKINLEY

By: *[signature]*

John R. Conger, Esq. (State Bar # 168114)
Bill J. Kuenzinger, Esq. (State Bar # 159168)
3031 West March Lane, Suite 230 W
Stockton, CA 95219-6500
jconger@bhsmck.com
bkuenzinger@bhsmck.com
Telephone: (209) 477-8171
Facsimile: (209) 477-2549

*Attorneys for Plaintiff*

MIAMI/4222749.1

STIPULATION — 3 —