SQUIRE, SANDERS & DEMPSEY L.L.P.
Michelle M. Full (State Bar # 240973)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:   +1.415.954.0200
Facsimile:   +1.415.393.9887
mfull@ssd.com

Robert C.L. Vaughan, Esq. (Admitted Pro Hac Vice)
Mia Burroughs Fraser, Esq. (Admitted Pro Hac Vice)
200 South Biscayne Blvd., Suite 4000
Miami, Florida 33131
Telephone:    (305) 577-7000
Facsimile:    (305) 577-7001
rvaughan@ssd.com
mburroughs@ssd.com

Attorneys for Defendant
MERLE SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation d/b/a BDA SPORTS MANAGEMENT,<br><br>              Plaintiff,<br><br>     vs.<br><br>MERLE SCOTT,<br><br>              Defendant. | Case No.  3:08-cv-00878-EDL<br><br>**[E-Filing]**<br><br>**DEFENDANT'S MOTION TO CHANGE COURT ORDERED MEDIATION HEARING AND EXTEND DEADLINE TO ATTEND MEDIATION AND [PROPOSED] ORDER** |

1  Defendant, Merle Scott ("Scott"), in accordance with Local Rule 6-3, respectfully moves this Court for an order changing the date of the mediation hearing and extending the deadline to attend mediation until October 22, 2008 or sometime thereafter. Both the hearing and mediation deadline are currently set for August 22, 2008. A declaration in support of this motion is attached hereto as Exhibit A.

Dated: August 8, 2008.

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By:   /s/ Mia B. Fraser
            Mia B. Fraser, Esq.

*Attorneys for Defendant*
MERLE SCOTT

Robert C.L. Vaughan, Esq.
Mia B. Fraser, Esq.
SQUIRE, SANDERS AND DEMPSEY L.L.P.
200 South Biscayne Blvd., Suite 4000
Miami, Florida 33131
rvaughan@ssd.com
mburroughs@ssd.com
Telephone:   (305) 577-7000
Facsimile:   (305) 577-7001
*Admitted Pro Hac Vice in the Northern District of California*

Michelle M. Full (State Bar # 240973)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:  +1.415.954.0200
Facsimile:   +1.415.393.9887
mfull@ssd.com

## [PROPOSED] ORDER

The Defendant's Motion to Change Court Ordered Mediation Hearing and Extend Deadline to Attend Mediation is GRANTED. By no later than October 22, 2008, the parties shall attend mediation with the mediator that has been appointed by the Court. The mediation hearing shall be held on October 23, 2008 or any date thereafter as set by the Court.

IT IS SO ORDERED.

Dated: July __, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I, MIA BURROUGHS FRASER, am employed in the County of Miami-Dade, State of Florida. I am over the age of 18 and not a party to the within action; my business address is 200 South Biscayne Boulevard, Suite 4000 Miami, Florida 33134

On August 8, 2008, I served the foregoing documents described as:

**DEFENDANT'S MOTION TO CHANGE COURT ORDERED MEDIATION HEARING AND EXTEND DEADLINE TO ATTEND MEDIATION AND [PROPOSED] ORDER**

**DECLARATION OF MIA BURROUGHS FRASER IN SUPPORT OF MOTION TO CHANGE COURT ORDERED MEDIATION HEARING AND EXTEND DEADLINE TO ATTEND MEDIATION**

☒ Via United States District Court Electronic Filing Service on the party(ies) as set forth below.

BROWN, HALL, SHORE & MCKINLEY
John R. Conger, Esq. (State Bar # 168114)
Bill J. Kuenzinger, Esq. (State Bar # 159168)
3031 West March Lane, Suite 230 W
Stockton, CA 95219-6500
jconger@bhsmck.com
bkuenzinger@bhsmck.com
Telephone: (209) 477-8171
Facsimile: (209) 477-2549

*Attorneys for Plaintiff*

Executed on August 8, 2008, at Miami, Florida. I declare that I am a member of the bar of this court *pro hac vice*.

I declare under penalty of perjury under the laws of the Florida that the above is true and correct.

| Mia Burroughs Fraser | /s/ |
|---|---|
| | (Signature) |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

SQUIRE, SANDERS & DEMPSEY L.L.P.
Michelle M. Full (State Bar # 240973)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:  +1.415.954.0200
Facsimile:  +1.415.393.9887
Email:      mfull@ssd.com

Robert C.L. Vaughan, Esq. (Admitted Pro Hac Vice)
Mia B. Fraser, Esq. (Admitted Pro Hac Vice)
200 South Biscayne Blvd., Suite 4000
Miami, Florida 33131
Telephone:   (305) 577-7000
Facsimile:   (305) 577-7001
rvaughan@ssd.com
mburroughs@ssd.com

*Attorneys for Defendant*
MERLE SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation d/b/a BDA SPORTS MANAGEMENT,<br><br>           Plaintiff,<br><br>vs.<br><br>MERLE SCOTT,<br><br>           Defendant. | Case No. 3:08-cv-00878-EDL<br><br>[E-Filing]<br><br>**DECLARATION OF MIA BURROUGHS FRASER IN SUPPORT OF MOTION TO CHANGE COURT ORDERED MEDIATION HEARING AND EXTEND DEADLINE TO ATTEND MEDIATION** |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

DECLARATION OF MIA BURROUGHS FRASER IN
SUPPORT OF MOTION TO CHANGE MEDIATION
HEARING

1. My name is Mia Burroughs Fraser, Esq. I am an attorney practicing at Squire, Sanders and Dempsey L.L.P. I, along with Robert C.L. Vaughan and Michelle M. Full, represent Defendant, Merle Scott ("Scott") in this matter.

2. On May 22, 2008, the Court ordered the parties to attend mediation within three months of its Order. Dkt. No. 30. On July 23, 2008, the Court scheduled the parties to attend a mediation hearing on August 22, 2008.

3. During the pre-mediation telephone conference, the parties agreed that mediation would best serve all parties if basic discovery has been completed prior to mediation. The parties tentatively scheduled mediation to take place on August 22, 2008 at the conclusion of that call.

4. The parties are in the process of responding to and preparing discovery, however, Mr. Scott will not have obtained basic discovery with sufficient time to prepare for the currently scheduled mediation.

5. Additionally, Mr. Vaughan and the undersigned, who serve as lead counsel for Mr. Scott, are currently set for trial on the August trial calendar for the Honorable Judge Daniel T.K. Hurley in the case <u>Lafarge North America Inc. v. Matraco-Colorado, Inc. and John Walker</u>, Case No. 07-80112-CIV-HURLEY/VITUNAC in the United States District Court for the Southern District of Florida. The case has been on notice for trial since May 2008 and was recently accelerated to the August trial calendar on July 21, 2008. As of July 21, 2008, the trial was projected to begin as early as August 4, 2008. Given the current status of the Judge Hurley's calendar, the case could proceed as early as the week of August 11, 2008 and is scheduled for approximately three weeks. A copy of Judge Hurley's current August trial calendar is attached hereto as Exhibit 1.

6. Mr. Scott would be substantially harmed and prejudiced if the dates are not changed as his counsel will be unable to attend the mediation and hearing due to their conflicting trial schedule and basic discovery will not be completed prior to

mediation.

7. The undersigned attempted to obtain a stipulation prior to filing this motion, however the undersigned was advised by Mr. Conger's office that he is out of town for the entire week. Additionally, Mr. Kuenzinger indicated that they will require additional time to discuss this matter with their client who is presently out of the country.

8. Previously the parties have stipulated to extend the time to answer the Complaint. There have been no previous time modifications affecting any date or deadline fixed by the Court.

9. Accordingly, Mr. Scott respectfully requests that the mediation hearing and deadline to attend mediation be re-set on or after October 22, 2008. This request would allow sufficient time to complete discovery prior to participating in mediation and relieve any conflict with counsel's existing trial schedule. This request would not modify any other date set by this court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 8, 2008, in Miami, Florida.

_____
Mia Burroughs Fraser, Esq.

DECLARATION OF MIA BURROUGHS FRASER IN SUPPORT OF MOTION TO CHANGE MEDIATION HEARING

- 3 -

# EXHIBIT 1

# WELCOME

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

Judge Daniel T. K. Hurley
United States Courthouse
701 Clematis Street
West Palm Beach, Florida 33401-5196
(561) 803-3450

### AUGUST TRIAL CALENDAR

(Updated on Friday, August 8th, 2008, at 10:59 a.m., E.S.T.)

**NEXT TRIAL: Sensormatic Electronics v. The Tag Co.**, 06-81105. Trial will commence on Tuesday, August 12th at 9:00 a.m. in courtroom #5. While the normal trial week does not include Fridays, the parties are advised that the court will conduct the trial on Friday morning, August 15th.

. . . . . . . . . . . . . . . . . . . . CASES AWAITING TRIAL . . . . . . . . . . . . . . . . . . . .

#1 -- **Lafarge North America, Inc. v. Matraco-Colorado**, 07-80112.

#2 -- **Dependable Component Sup. Corp. v. Lear Corp.**, 06-61105.

#3 -- **Boca Raton Comm. Hosp. v. Great-West Healthcare**, 06-80750.

#4 -- **Fuller v. Universal Health Services, Inc.**, 05-81131. The court has granted defendant's motion to continue to the extent that this case will not be called for trial during the week of July 21st.

#5 -- **Responsible Me, Inc. v. Evenflo Co.**, 06-61736.

#6 -- **Spedag Americas, Inc. v. Petters Hospitality, Etc.**, 07-80576.

#7 -- **Hopp v. Wiske**, 06-80666.

#8 -- **Microsoft Corp. v. Big Boy Dist.**, 07-80296.

#9 -- **Miller v. Prudential Ins. Co.**, 07-60882.

SUGGESTED START-UP TRIAL DATES ARE ADVISORY ONLY. DUE TO SETTLEMENTS AND OTHER REASONS, THE COURT RESERVES THE RIGHT TO CALL CASES FOR TRIAL EARLIER THAN THE LISTED DATE AND OUT OF TURN.

## CALENDAR FOR THE WEEK OF AUGUST 4 - 8, 2008

**Monday & Tuesday:** Trial, see above.
**Wednesday & Thursday:** Trial, see above.
**Friday:** Sentencings.

## ADDITIONAL INFORMATION

**CHAMBERS STAFF:**

Secretary: Ms. Linda Lipps Rosi, (561) 803-3450; Courtroom Deputy: Mr. James Caldwell, (561) 803-3452; Court Reporter: Ms. Pauline Stipes, (561) 803-3458 ["Real Time" available by prior arrangement.]

**PRACTICES & PROCEDURES:**

(1) Counsel may appear for some hearings by telephone after making prior arrangements with the courtroom deputy.

(2) All motions and stipulations must be accompanied by one proposed order (in PDF format) granting the motion. The order shall contain an up-to-date service list (names and addresses) of all attorneys in the case. All motions shall be e-filed or filed with the clerk's office. Motions mailed directly to chambers will not be treated as having been "filed."

(3) On the first day of trial, each party must hand to the court reporter in the courtroom two copies of the exhibit list and witness list. All trial exhibits must be marked before trial.

(4) The court normally conducts voir dire but welcomes suggested and follow-up questions from