SQUIRE, SANDERS & DEMPSEY L.L.P.
Michelle M. Full (State Bar # 240973)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:  +1.415.954.0200
Facsimile:   +1.415.393.9887
mfull@ssd.com

Robert C.L. Vaughan, Esq. (Admitted Pro Hac Vice)
Mia Burroughs Fraser, Esq. (Admitted Pro Hac Vice)
200 South Biscayne Blvd., Suite 4000
Miami, Florida 33131
Telephone:    (305) 577-7000
Facsimile:     (305) 577-7001
rvaughan@ssd.com
mburroughs@ssd.com

Attorneys for Defendant
MERLE SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation d/b/a BDA SPORTS MANAGEMENT,<br><br>          Plaintiff,<br><br>vs.<br><br>MERLE SCOTT,<br><br>          Defendant. | Case No.  3:08-cv-00878-EDL<br><br>**[E-Filing]**<br><br>**DEFENDANT'S MOTION TO CHANGE COURT ORDERED MEDIATION HEARING AND EXTEND DEADLINE TO ATTEND MEDIATION AND [PROPOSED] ORDER**   AS MODIFIED |

1  Defendant, Merle Scott ("Scott"), in accordance with Local Rule 6-3, respectfully moves
2  this Court for an order changing the date of the mediation hearing and extending the deadline to
3  attend mediation until October 22, 2008 or sometime thereafter. Both the hearing and mediation
4  deadline are currently set for August 22, 2008. A declaration in support of this motion is attached
5  hereto as Exhibit A.

7  Dated: August 8, 2008.                    Respectfully submitted,

8                                             SQUIRE, SANDERS & DEMPSEY L.L.P.

10                                            By:    /s/ Mia B. Fraser
                                                     Mia B. Fraser, Esq.

12                                            *Attorneys for Defendant*
                                              MERLE SCOTT

13                                            Robert C.L. Vaughan, Esq.
                                              Mia B. Fraser, Esq.
14                                            SQUIRE, SANDERS AND DEMPSEY L.L.P.
                                              200 South Biscayne Blvd., Suite 4000
15                                            Miami, Florida 33131
                                              rvaughan@ssd.com
16                                            mburroughs@ssd.com
                                              Telephone:    (305) 577-7000
17                                            Facsimile:    (305) 577-7001
                                              *Admitted Pro Hac Vice in the Northern District*
18                                            *of California*

19                                            Michelle M. Full (State Bar # 240973)
                                              SQUIRE, SANDERS & DEMPSEY L.L.P.
20                                            One Maritime Plaza, Suite 300
                                              San Francisco, CA  94111-3492
21                                            Telephone:  +1.415.954.0200
                                              Facsimile:  +1.415.393.9887
22                                            mfull@ssd.com

[~~PROPOSED~~] ORDER

The Defendant's Motion to Change Court Ordered Mediation Hearing and Extend Deadline to Attend Mediation is GRANTED. ~~By no later than October 22, 2008, the parties shall attend mediation with the mediator that has been appointed by the Court. The mediation hearing shall be held on October 23, 2008 or any date thereafter as set by the Court.~~ Mediation shall occur no later than November 24, 2008.

IT IS SO ORDERED.

Dated: ~~July~~ August 11, 2008



IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

DEFENDANT'S MOTION TO CHANGE MEDIATION HEARING & [~~PROPOSED~~] ORDER - 3:08-00878

- 3 -

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

# CERTIFICATE OF SERVICE

I, MIA BURROUGHS FRASER, am employed in the County of Miami-Dade, State of Florida. I am over the age of 18 and not a party to the within action; my business address is 200 South Biscayne Boulevard, Suite 4000 Miami, Florida 33134

On August 8, 2008, I served the foregoing documents described as:

**DEFENDANT'S MOTION TO CHANGE COURT ORDERED MEDIATION HEARING AND EXTEND DEADLINE TO ATTEND MEDIATION AND [PROPOSED] ORDER**

**DECLARATION OF MIA BURROUGHS FRASER IN SUPPORT OF MOTION TO CHANGE COURT ORDERED MEDIATION HEARING AND EXTEND DEADLINE TO ATTEND MEDIATION**

☒   Via United States District Court Electronic Filing Service on the party(ies) as set forth below.

BROWN, HALL, SHORE & MCKINLEY
John R. Conger, Esq. (State Bar # 168114)
Bill J. Kuenzinger, Esq. (State Bar # 159168)
3031 West March Lane, Suite 230 W
Stockton, CA 95219-6500
jconger@bhsmck.com
bkuenzinger@bhsmck.com
Telephone:  (209) 477-8171
Facsimile:  (209) 477-2549

*Attorneys for Plaintiff*

Executed on August 8, 2008, at Miami, Florida. I declare that I am a member of the bar of this court *pro hac vice*.

I declare under penalty of perjury under the laws of the Florida that the above is true and correct.

Mia Burroughs Fraser                      /s/
                                                        (Signature)