1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   Michelle M. Full (State Bar # 240973)
2  One Maritime Plaza, Suite 300
   San Francisco, CA 94111-3492
3  Telephone:  +1.415.954.0200
   Facsimile:  +1.415.393.9887
4  Email:      mfull@ssd.com

5  Robert C.L. Vaughan, Esq. (Admitted Pro Hac Vice)
   Mia B. Fraser, Esq. (Admitted Pro Hac Vice)
6  200 South Biscayne Blvd., Suite 4000
   Miami, Florida 33131
7  Telephone:  (305) 577-7000
   Facsimile:  (305) 577-7001
8  rvaughan@ssd.com
   mburroughs@ssd.com

*Attorneys for Defendant*
MERLE SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation d/b/a BDA SPORTS MANAGEMENT, <br><br> Plaintiff, <br><br> vs. <br><br> MERLE SCOTT, <br><br> Defendant. | Case No. 3:08-cv-00878-EDL <br><br> [E-Filing] <br><br> **STIPULATION TO EXTEND TIME TO REPLY OR OTHERWISE RESPOND TO AFFIRMATIVE DEFENSES** |

STIPULATION

1
2
3   IT IS HEREBY STIPULATED, by the undersigned parties in accordance with Local Rule
4   6-1, that the time for Defendant Merle Scott to reply or otherwise respond to Plaintiff's
5   Affirmative Defenses in the above-captioned action is extended to August 22, 2008.
6   IT IS FURTHER STIPULATED, by and between the undersigned parties, that signatures
7   transmitted electronically or by facsimile shall be deemed original.
8   **CONSENTED AND AGREED TO BY:**

| | |
|---|---|
| 1  Dated: August 18, 2008 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| 2 | |
| 3 | By: _____ |
| 4 | Mia B. Fraser, Esq. |
| 5 | *Attorneys for Defendant*<br>MERLE SCOTT |
| 6 | Robert C.L. Vaughan, Esq. |
| 7 | Mia B. Fraser, Esq.<br>SQUIRE, SANDERS AND DEMPSEY L.L.P. |
| 8 | 200 South Biscayne Blvd., Suite 4000<br>Miami, Florida 33131 |
| 9 | rvaughan@ssd.com<br>mburroughs@ssd.com |
| 10 | Telephone:   (209) 477-8171<br>Facsimile:    (209) 477-2549 |
| 11 | *Admitted Pro Hac Vice in the Northern District of California* |
| 12  Dated: August 18, 2008 | BROWN, HALL, SHORE & MCKINLEY |
| 13 | |
| 14 | By: _____ |
| 15 | John R. Conger, Esq. (State Bar # 168114) |
| 16 | Bill J. Kuenzinger, Esq. (State Bar # 159168)<br>3031 West March Lane, Suite 230 W |
| 17 | Stockton, CA 95219-6500<br>jconger@bhsmck.com |
| 18 | bkuenzinger@bhsmck.com<br>Telephone:  (209) 477-8171 |
| 19 | Facsimile:   (209) 477-2549 |
| 20 | *Attorneys for Plaintiff* |