SQUIRE, SANDERS & DEMPSEY L.L.P.
Michelle M. Full (State Bar # 240973)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:  +1.415.954.0200
Facsimile:  +1.415.393.9887
mfull@ssd.com

Robert C.L. Vaughan, Esq. (Admitted Pro Hac Vice)
Mia Burroughs Fraser, Esq. (Admitted Pro Hac Vice)
200 South Biscayne Blvd., Suite 4000
Miami, Florida 33131
Telephone:   (305) 577-7000
Facsimile:   (305) 577-7001
rvaughan@ssd.com
mburroughs@ssd.com

Attorneys for Defendant
MERLE SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation d/b/a BDA SPORTS MANAGEMENT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MERLE SCOTT,<br><br>　　　　　Defendant | Case No. 3:08-cv-00878-EDL<br><br>**[E-Filing]**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING DISCOVERY DEADLINES AND [PROPOSED] ORDER**<br>AS AMENDED |

PARTIES' STIPULATED REQUEST FOR ORDER
CHANGING DISCOVERY DEADLINES & [PROPOSED]
ORDER - 3.08-00878

Plaintiff, Bill A. Duffy, Inc ("Duffy") and Defendant, Merle Scott ("Scott") (collectively the "Parties"), in accordance with Local Rule 6-2, respectfully moves this Court for an order changing certain discovery deadlines outlined in the Court's Case Management and Pretrial Order for Trial. Specifically, the parties request that the time for initial expert disclosures be extended up through and including December 8, 2008; the time for rebuttal expert disclosures be extended up through including December 22, 2008; and that the cutoff for non-expert discovery be extended up through and including February 17, 2008. A declaration in support of this motion is attached hereto as Exhibit A.

Dated: September 8, 2008.                    Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.


By:   /s/ Mia B. Fraser
        Mia B. Fraser, Esq

*Attorneys for Defendant*
MERLE SCOTT

Robert C L. Vaughan, Esq.
Mia B. Fraser, Esq.
SQUIRE, SANDERS AND DEMPSEY L.L.P.
200 South Biscayne Blvd., Suite 4000
Miami, Florida 33131
rvaughan@ssd.com
mburroughs@ssd.com
Telephone:   (305) 577-7000
Facsimile:    (305) 577-7001
*Admitted Pro Hac Vice in the Northern District of California*

Michelle M. Full (State Bar # 240973)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone:   +1 415 954.0200
Facsimile:    +1 415 393.9887
mfull@ssd.com

| | |
|---|---|
| 1  Dated: September 8, 2008 | BROWN, HALL, SHORE & MCKINLEY |
| 2 | |
| 3 | By: _/s/_ |
| 4 | John R. Conger, Esq. (State Bar # 168114) |
|   | Bill J. Kuenzinger, Esq. (State Bar # 159168) |
| 5 | 3031 West March Lane, Suite 230 W |
|   | Stockton, CA 95219-6500 |
| 6 | jconger@bhsmck.com |
|   | bkuenzinger@bhsmck.com |
| 7 | Telephone:  (209) 477-8171 |
|   | Facsimile:   (209) 477-2549 |
| 8 | |
|   | *Attorneys for Plaintiff* |

PARTIES' STIPULATED REQUEST TO CHANGE
DISCOVERY DEADLINES & [PROPOSED] ORDER -
3:08-00878                                  - 3 -

## [~~PROPOSED~~] ORDER

The Parties' Stipulated Request for Court Order Changing Discovery Deadlines is GRANTED. The Discovery deadlines set by the Court are modified as follows: initial expert disclosures shall be made no later than December 8, 2008; rebuttal expert disclosures shall be made no later than December 22, 2008~~; and all non-expert discovery shall be completed no later than February 17, 2008~~. The parties shall be prepared to discuss other deadlines at the Septeber 30, 2008 Further case management conference and in their joint case management statement.

IT IS SO ORDERED.

Dated: September _9_, 2008



_____
ELIZABETH D. LAPORTE
United S...
Judge Elizabeth D. Laporte

IT IS SO ORDERED AS MODIFIED

PARTIES' STIPULATED REQUEST TO CHANGE
DISCOVERY DEADLINES & [~~PROPOSED~~] ORDER -
3:08-00878                                               - 4 -

SQUIRE, SANDERS & DEMPSEY L.L.P.
Michelle M. Full (State Bar # 240973)
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: mfull@ssd.com

Robert C.L. Vaughan, Esq. (Admitted Pro Hac Vice)
Mia B. Fraser, Esq. (Admitted Pro Hac Vice)
200 South Biscayne Blvd., Suite 4000
Miami, Florida 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
rvaughan@ssd.com
mburroughs@ssd.com

*Attorneys for Defendant*
MERLE SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation d/b/a BDA SPORTS MANAGEMENT,<br><br>Plaintiff,<br><br>vs.<br><br>MERLE SCOTT,<br><br>Defendant. | Case No. 3:08-cv-00878-EDL<br><br>[E-Filing]<br><br>**DECLARATION OF MIA BURROUGHS FRASER IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING DISCOVERY DEADLINES** |

1. My name is Mia Burroughs Fraser, Esq. I am an attorney practicing at Squire, Sanders and Dempsey L.L.P. I, along with Robert C.L. Vaughan and Michelle M. Full, represent Defendant, Merle Scott ("Scott") in this matter.

2. On May 22, 2008, the Court issued its Case Management and Pretrial Order for Trial Dkt. No. 30. That Order provided that initial expert disclosures were to be submitted by September 8, 2008; rebuttal expert disclosures were to be submitted no later than September 22, 2008; and set an overall non-expert discovery cut-off

DECLARATION OF MIA BURROUGHS FRASER IN
SUPPORT OF STIPULATED REQUEST FOR ORDER
CHANGING DISCOVERY DEADLINES

date of November 17, 2008.

3. Subsequent to that Order the Court extended the time to attend mediation from August 22, 2008 until November 24, 2008. Dkt. No. 42. The parties requested that modification, in part, to allow for the completion of basic discovery prior to mediation.

4. The parties are still in the process of responding to and exchanging basic discovery and Mediation is now set for November 20, 2008.

5. Accordingly the parties request that the Court modify the discovery deadlines as follows:

   a. Initial expert disclosures shall be made no later than December 8, 2008;

   b. Rebuttal expert disclosures shall be made no later than December 22, 2008; and

   c. All non-expert discovery shall be completed no later than February 17, 2008.

6. The parties would be substantially harmed and prejudiced if the dates are not changed as they would have to incur the cost of retaining experts prior to mediation and will not have ample time to meet complete discovery by the original cut-off date.

7. The only previously requested time modification affecting any date or deadline fixed by the Court is the motion to continue the mediation hearing which was granted by the Court. Dkt. No. 42.

DECLARATION OF MIA BURROUGHS FRASER IN
SUPPORT OF STIPULATED REQUEST FOR ORDER
CHANGING DISCOVERY DEADLINES               - 2 -

8. Accordingly, the Parties' respectfully requests that the discovery deadlines be modified as requested herein. This would allow the parties to attend mediation without having to incur the costs of retaining experts and provide ample time to complete all necessary non-expert discovery. This request would not modify any other date set by this court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 8, 2008, in Miami, Florida.

/s/ Mia Burroughs Fraser, Esq.
Mia Burroughs Fraser, Esq.

DECLARATION OF MIA BURROUGHS FRASER IN
SUPPORT OF STIPULATED REQUEST FOR ORDER
CHANGING DISCOVERY DEADLINES               - 3 -