IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BILL A DUFFY,

        Plaintiff,

  v.

MERLE SCOTT,

        Defendant.

                                  /

No. C-08-00878 EDL

**ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE**

       The Court held a further case management conference on October 10, 2008. As stated at the conference, the Court issues the following order:

1. Mediation shall take place on December 4, 5 or 10, 2008 or as soon thereafter as the mediator is available.

2. The fact discovery cutoff date is continued to December 30, 2008.

3. Initial expert disclosures shall be made no later than January 15, 2009. Rebuttal expert disclosures shall be made no later than January 22, 2009. All expert discovery shall be completed no later than February 17, 2009.

4. Dispositive motions shall be heard no later than April 7, 2009.

5. A pretrial conference will be held on June 16, 2009 at 2:00 p.m.

6. Trial is scheduled for July 6, 2009.

7. In all other respects, the Court's Case Management and Pretrial Order for Trial remains in effect.

**IT IS SO ORDERED.**

Dated: October 15, 2008

                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge