JOHN R. CONGER, Esq./SB# 168114
BILL J. KUENZINGER, Esq./SB#159168
BROWN, HALL, SHORE & McKINLEY
3031 West March Lane, Suite 230 West
Stockton, CA 95219-6500
Telephone: (209) 477-8171
Facsimile: (209) 477-2549
E-mail: jconger@bhsmck.com
E-mail: bkuenzinger@bhsmck.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BILL A. DUFFY, INC. a California corporation dba BDA SPORTS MANAGEMENT,<br><br>Plaintiff,<br><br>vs.<br><br>MERLE SCOTT, an individual,<br><br>Defendant. | Case No. 3:08-cv-00878-EDL<br><br>STIPULATED REQUEST FOR ORDER CHANGING TRIAL DATE AND [~~PROPOSED~~] ORDER<br><br>TRIAL DATE: JUNE 6, 2009 |

Plaintiff, Bill A. Duffy, Inc. ("Duffy") and defendant, Merle Scott ("Scott") (collectively the "Parties"), in accordance with Local Rule 6-2, respectfully move this Court for an order changing the trial date of July 6, 2009 established during the Case Management Conference on October 10, 2008. Specifically, the parties request that the trial date be moved to July 13, 2009. A declaration in support of this motion is attached hereto as Exhibit A.

Dated: 10/15/08

BROWN, HALL, SHORE & McKINLEY

JOHN R. CONGER
Attorney for Plaintiff

{00067254.}                                            1

CV 08 0878-EDL                                         STIPULATED REQUEST FOR ORDER
                                                       CHANGING TRIAL DATE AND [~~PROPOSED~~] ORDER

```
 1
 2
 3  Dated: 10/15/08                    SQUIRE, SANDERS & DEMPSEY L.L.P.
 4
 5                                     /s/ Mia B. Fraser
 6                                     MIA B. FRASER
                                       Attorneys for Defendant
 7
```

[~~PROPOSED~~] ORDER

The parties' Stipulated Request for Order Changing Trial Date is GRANTED. The trial date as set by the Court is continued to July 13, 2009.

IT IS SO ORDERED.

Date: __October 16, 2008__



Judge Elizabeth D. Laporte

# EXHIBIT A

JOHN R. CONGER, Esq./SB# 168114
BILL J. KUENZINGER, Esq./SB#159168
BROWN, HALL, SHORE & McKINLEY
3031 West March Lane, Suite 230 West
Stockton, CA 95219-6500
Telephone: (209) 477-8171
Facsimile: (209) 477-2549
E-mail: jconger@bhsmck.com
E-mail: bkuenzinger@bhsmck.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BILL A. DUFFY, INC. a California corporation dba BDA SPORTS MANAGEMENT,<br><br>Plaintiff,<br><br>vs.<br><br>MERLE SCOTT, an individual,<br><br>Defendant. | Case No. **3:08-cv-00878-EDL**<br><br>**DECLARATION OF JOHN R. CONGER IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TRIAL DATE AND [PROPOSED] ORDER**<br><br>**TRIAL DATE: JUNE 6, 2009** |

1. My name is John R. Conger. I am an attorney practicing at Brown, Hall, Shore & McKinley and represent plaintiff in this matter.

2. On October 10, 2008, the Court held a Case Management Conference during which it set a trial date of July 6, 2009.

3. During the Conference the phone connection was less than optimal and I misheard the Court's proposed trial date. I understood the Court to say that the trial date would be in mid-July, 2009. I did not hear July 6th. The week of July 6th conflicts with plaintiff's key business obligations as it is the week following the NBA draft. Additionally, the week of the 6th conflicts with plaintiff's counsel's prearranged vacation plans.

{00067257}                                                1

4. After discussing the situation with defendant's counsel the parties request that the Court continue the trial date to July 13, 2009 and the discovery deadlines as follows:

All other dates to remain as scheduled.

5 The only previously requested time modification affecting any date or deadline fixed by the Court was the motion to continue the mediation hearing which was granted by the Court. Dkt. No. 42, and the dates as modified during the Case Management Conference of October 10, 2009 – the order for which has yet to issue.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 15, 2008, in Stockton, California

JOHN R. CONGER

{00067257}

2

CV 08 0878-EDL         DECLARATION OF JOHN R CONGER IN SUPPORT OF
                       STIPULATED REQUEST FOR ORDER CHANGING TRIAL DATE