SQUIRE, SANDERS & DEMPSEY L.L.P.
Michelle M. Full (State Bar # 240973)
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:  +1.415.954.0200
Facsimile:  +1.415.393.9887
mfull@ssd.com

Robert C.L. Vaughan, Esq. (Admitted Pro Hac Vice)
Mia Burroughs Fraser, Esq. (Admitted Pro Hac Vice)
200 South Biscayne Blvd., Suite 4000
Miami, Florida 33131
Telephone:    (305) 577-7000
Facsimile:    (305) 577-7001
rvaughan@ssd.com
mburroughs@ssd.com

Attorneys for Defendant
MERLE SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| BILL A. DUFFY, INC., a California corporation d/b/a BDA SPORTS MANAGEMENT,<br><br>             Plaintiff,<br><br>     vs.<br><br>MERLE SCOTT,<br><br>             Defendant. | Case No.  3:08-cv-00878-EDL<br><br>**[E-Filing]**<br><br>**STIPULATED REQUEST FOR ORDER CHANGING EXPERT DISCOVERY DEADLINES AND [PROPOSED] ORDER** |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

PARTIES' STIPULATED REQUEST FOR ORDER
CHANGING EXPERT DISCOVERY DEADLINES &
[PROPOSED] ORDER - 3:08-00878

Plaintiff, Bill A. Duffy, Inc. ("Duffy") and Defendant, Merle Scott ("Scott") (collectively the "Parties"), in accordance with Local Rule 6-2 and this Court's December 19, 2008 Order Dkt. No. 64, respectfully moves this Court for an order changing expert discovery deadlines outlined in the Court's Order Following Further Case Management Conference. Dkt. No. 57. Specifically, the parties request that the time for initial expert disclosures be extended up through and including February 16, 2009; the time for rebuttal expert disclosures be extended up through including February 23, 2009; and that the overall deadline for expert discovery be extended up through and including March 17, 2009. A declaration in support of this motion is attached hereto as Exhibit A.

Dated: January 13, 2009.                    Respectfully submitted,

                                                  SQUIRE, SANDERS & DEMPSEY L.L.P.

                                                  By:  /s/ Mia B. Fraser
                                                           Mia B. Fraser, Esq.

*Attorneys for Defendant*
MERLE SCOTT

Robert C.L. Vaughan, Esq.
Mia B. Fraser, Esq.
SQUIRE, SANDERS AND DEMPSEY L.L.P.
200 South Biscayne Blvd., Suite 4000
Miami, Florida 33131
rvaughan@ssd.com
mburroughs@ssd.com
Telephone:    (305) 577-7000
Facsimile:    (305) 577-7001
*Admitted Pro Hac Vice in the Northern District of California*

Michelle M. Full (State Bar # 240973)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
Telephone:   +1.415.954.0200
Facsimile:   +1.415.393.9887
mfull@ssd.com

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111-3492

PARTIES' STIPULATED REQUEST TO CHANGE
EXPERT DISCOVERY DEADLINES & [PROPOSED]
ORDER - 3:08-00878                    - 2 -

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492

Dated: January 13, 2009                                  BROWN, HALL, SHORE & MCKINLEY


By:   /s/ John R. Conger

John R. Conger, Esq. (State Bar # 168114)
Bill J. Kuenzinger, Esq. (State Bar # 159168)
3031 West March Lane, Suite 230 W
Stockton, CA 95219-6500
jconger@bhsmck.com
bkuenzinger@bhsmck.com
Telephone:  (209) 477-8171
Facsimile:   (209) 477-2549

*Attorneys for Plaintiff*

**[~~PROPOSED~~] ORDER**

The Parties' Stipulated Request for Court Order Changing Expert Discovery Deadlines is GRANTED.  The Discovery deadlines set by the Court are modified as follows:  initial expert disclosures shall be made no later than February 16, 2009; rebuttal expert disclosures shall be made no later than February 23, 2009; and all expert discovery shall be completed no later than March 17, 2009.  Absent good cause, no other pretrial or trial dates will be continued.

IT IS SO ORDERED.

Dated: January 13, 2009.



_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111-3492

PARTIES' STIPULATED REQUEST TO CHANGE
EXPERT DISCOVERY DEADLINES & [PROPOSED]
ORDER - 3:08-00878

- 4 -