**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    **BILL A DUFFY**

9              Plaintiff(s),                   No. C-**08-00878** EDL

10         v.                                  **ORDER OF CONDITIONAL DISMISSAL**

11   **MERLE SCOTT**

12             Defendants.

13   _____/

14

15         The Court has been advised that this case has settled.  Accordingly, it is hereby ordered that this

case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of

16   proceeding with the litigation in the event a settlement has not been completed prior to that date.  In the

17   event a request to reinstate the case is not filed and served on opposing counsel on or before the

18   foregoing date, the dismissal will be with prejudice.

19   IT IS SO ORDERED.

20   Dated: May 8, 2009

21                                        _Elizabeth D. Laporte_____
                                          ELIZABETH D. LAPORTE
22                                        United States Magistrate Judge

23

24

25

26

27

28